Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

FILED
2026 MAR 10 A 11: 55
U.S. DISTRICT COURT
N.D. OF ALABAMA

__Gavin Howard__
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

Case No.: _____
(to be filled in by the Clerk's Office)

JURY TRIAL ☒ Yes   ☐ No

__Trump Admistration__
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)

## COMPLAINT FOR A CIVIL CASE

I.  The Parties to This Complaint

   A.  **The Plaintiff Name**  GAVIN Howard
       Street Address   954 1st Ave W Apt A5
       City and County   Gordo
       State and Zip Code   AL 35466
       Telephone Number   ~~☎~~ 6 205 463-0853

   B.  **The Defendant(s)**

       Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Defendant No. 1
Name: Keith Cox
Job or Title: Clerk
Street Address: P.O Box 418
City and County: Carrollton
State and Zip Code: AL 35447

Defendant No. 2
Name: Bobby Bobby Bam
Job or Title: Bobby Ingram
Street Address: 20 Phoenix Ave A
City and County: AL 35447
State and Zip Code: Carrollton

Defendant No. 3
Name: Drew Elmore
Job or Title: Commissioner
Street Address:
City and County: 20 Phoenix Ave
State and Zip Code: AL 35447 Carrollton

Defendant No. 4
Name: Jerry Fitch
Job or Title: 20 Phoenix Ave
Street Address: AL 35447
City and County: Carrollton
State and Zip Code:

Defendant No. 5
Name: Mark Gray
Job or Title: Commissioner
Street Address: 20 Phoenix Ave #102
City and County: Carrollton
State and Zip Code: Alabama 35447

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Constitutional or Federal Question  ☒ USA Defendant  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction is USA defendant

The Defendant(s)
Name of Agency: Pickens County Commissions
Address: 20 Phoenix Ave Carrollton AL

### B. If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Illegal Election Vote Not Having Policed EIN con Number IRS Bankruptcy Debt Settlement

Pro Se General Complaint for a Civil Case (Rev. 10/16)

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

    The plaintiff, *(name)* Calvin Howard, is a citizen of the State of *(name)* Alabama.

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* Alabama. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* Alabama, and has its principal place of business in the State of *(name)* Mississippi.

    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

    75,000

III. **Statement of Claim**

Pro Se General Complaint for a Civil Case (Rev.10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was order to go to Grand Jury Duty Feb 23-2026 8AM I Road Help Bus Driver took me down Dirt Road Tryed fake a Robbery IRS Polical I IN I was Pickens County Commissioner They Tryed Have me killed Keith Cox called me a Nigger Vidio Camare took me of Duty didnt pay me Ride 30 miles Illgal operation without EIN Number Stock Bonds Bankruptcy Debt Settlement agreement

IV. Relief.

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

50 Millions Debt Settlement Agreement Seize Asset Landmark Clear Deeds Pickens County AL Landmark Debt Settlement Agreement Not Have Bonds NYSE SEC America LLC Chapter 7 Bankrupcy Serze 100% Landmark Governent Buildren Cars Boats Everthing Goverment Bonds

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name: Quinn Howard    Last Name: Howard
Mailing Address: 954 1st Ave W Apt A5
City and State: Carlo    Zip Code: AL
Telephone Number: 205 463-0853
E-mail Address: 

Signature of plaintiff: Quinn Howard
Date signed: March 6-2026


**\*\*OPTIONAL\*\***

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients

☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

Participant signature: _Yann Wum_

Date: _March 6-2026_




**\* SEE REVERSE SIDE FOR OPENING INSTRUCTIONS \***

KEITH BOOTY COX   0223
CIRCUIT CLERK
P. O. BOX 418
CARROLLTON, AL 35447

*JUROR SUMMONS*

PRSRT FIRST CLASS
US POSTAGE PAID
MONTGOMERY, AL
PERMIT #994

RETURN SERVICE REQUESTED

Evidance
Exhibe

HOWARD GAVIN
954 1ST AVE W
GORDO, AL 35466-2051

REMOVE BOTH SIDE
FOLD, CREASE AND REMOVE THI



SUMMONS TO: HOWARD GAVIN
YEAR OF BIRTH: 1986                PIN: 009026

YOU ARE ORDERED TO REPORT FOR JURY DUTY IN PICKENS COUNTY
CIRCUIT COURT ON FEB 23, 2026 AT 8:30AM AT THE
PICKENS CO JUDICIAL BUILDING

GO TO: JUROR.ALACOURT.GOV WITHIN 7 DAYS OF RECEIPT OF THIS SUMMONS
TO CONFIRM ATTENDANCE AND PROVIDE ADDITIONAL REQUIRED INFORMATION.
ADDITIONAL INSTRUCTIONS ARE ON THE WEBSITE.

ALABAMA LAW REQUIRES ALL CITIZENS TO SERVE ON JURY DUTY AND DOES NOT
EXEMPT CITIZENS FROM JURY DUTY BASED ON AGE OR OCCUPATION.

IF YOU CANNOT LOG ON TO THE WEBSITE AND NEED ADDITIONAL ASSISTANCE:

BOOTY COX
PHONE : 205-367-2050

PLEASE REPORT TO THE JUDICIAL CENTER LOBBY BY 8:30
A.M. NO PURSES OR BAGS ALLOWED IN COURTROOMS.

IF YOU ARE EMPLOYED, NOTIFY YOUR EMPLOYER OF THIS SUMMONS IMMEDIATELY

Retail
RDC 99

TO:

United State District Cou~

Clerk United State District
Northern District of Alabama
Hugo L Black United States Cour
1729, 5th AveNeuo NORTH
Birmingham, AL 35203

SECURITY

MAR 10 2026
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

FROM:
Gavin Howard
JSU 1st Ave W Apt A5
Bodo AL 35940

Legal Mail